**LLOYD KRAUS, CHAPTER 13 TRUSTEE**

Check #.: **1190804**

Payee: Clerk of the Court

Please notify the Court & this office of any changes made to your account number, address, claim assignment, etc.

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|--------|---------|----------------|-----------|---------|-----------|----------|-------|
| | | | | 0.00 | 1,439.89 | 0.00 | 1,439.89 |
| 1710074 | 00000 | MICHAILA M BLISS<br>Original Check written to:<br>MICHAILA M BLISS<br>1200 S 1500 E<br>APT. 2073N<br>CLEARFIELD, UT,   84015 | | | | | |
| | | **TOTALS** | | 0.00 | 1,439.89 | 0.00 | 1,439.89 |